
GM FINANCIAL

AOC II - RS
P.O. Box 182963
Arlington, TX 76096-2963
877-994-9115

**Date of Notice:**
April 9, 2018

**Account Number:**
456423151

**Date of Contract:**
April 13, 2015

**Business Hours:**
Mon-Thu 8A-8P ET
Fri 8A-5P ET
Sat 9A-1P ET

DANIKA HARTWELL
187 CRANE AVE S
TAUNTON, MA 02780

**Description of Property:** 2013 DODGE DART
**Vehicle Identification Number:** 1C3CDFBAXDD303199
**Date of Repossession:** April 5, 2018

### NOTICE OF OUR PLAN TO SELL PROPERTY

GM Financial has repossessed the above-described vehicle because you did not abide by the agreement outlined in your contract.

The vehicle will be sold at a private sale after 20 days from the date of this notice. The money from the sale of this vehicle, less any expenses incurred by GM Financial, may reduce or increase the amount you owe. You will be required to pay GM Financial the difference if the vehicle sells, including expenses, for less than the amount you owe. If the vehicle sells, including expenses, for more than the amount you owe, you will receive a refund, unless it is necessary for GM Financial to forward this money to another party.

You can redeem your account, including expenses, in order to get the vehicle back at any time before the vehicle is sold. See page 2 for the amount you must pay as of the date of this notice. If you want an explanation in writing how this amount was figured, you may call or write GM Financial and request a written explanation. If you need more information about the sale, call the toll free number listed above or write to the above listed address.


**GM FINANCIAL**

AOC II - RS
4001 Embarcadero
Arlington, TX 76014
877-994-9115

**Date of Notice:**
April 9, 2018

**Account Number:**
456423151

**Date of Contract:**
April 13, 2015

**Business Hours:**
Mon-Thu 8A-8P ET
Fri 8A-5P ET
Sat 9A-1P ET

DANIKA HARTWELL
187 CRANE AVE S
TAUNTON, MA 02780

**Description of Property:** 2013 DODGE DART
**Vehicle Identification Number:** 1C3CDFBAXDD303199
**Date of Repossession:** April 5, 2018

### NOTICE OF RIGHT TO REDEEM

To get your vehicle back, you must pay the following amount before the vehicle is sold:

**Amount Required to Redeem:**

| | |
|---|---|
| Net Principal Balance: | $13,319.09 |
| Interest Due: | $255.25 |
| Repossession Expenses: | $425.00 |
| Late Charges: | $20.00 |
| Insurance Charges: | $0.00 |
| **Total amount to redeem:** | **$14,019.34** |

Additionally, if your vehicle is redeemed, you will owe a repossession facility processing fee of $100.

If this is a simple interest contract, interest charges will continue to accrue each day. These additional charges, along with any other amounts coming due and/or expenses incurred and not reflected on this notice, will be added to the total that you must pay.

If any personal property was found in the vehicle, the repossession company has removed the property from the vehicle. Please contact us at your earliest convenience at the number listed above to obtain the phone number of the repossession company. This letter is to serve as notice that after the 30th day from the date of this letter, the repossession company will dispose of any unclaimed property in a reasonable manner and distribute the proceeds according to applicable law.