UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIKA HARTWELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICREDIT FINANCIAL SERVICES, INC. d/b/a GM FINANCIAL,<br><br>Defendant. | NO. 1:18-CV-11895-DJC<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF CLASS ACTION SETTLEMENT AND APPLICATION FOR ATTORNEYS' FEES AND COSTS** |

The Plaintiff, Danika Hartwell, respectfully moves this Court for final approval of the Settlement Agreement filed with the Court on this date, entered into between the Plaintiff, Danika Hartwell, on behalf of herself and others similarly situated, and the Defendant, Americredit Financial Services, Inc, d/b/a GM Financial, in the above-captioned proceeding. The Settlement Agreement is attached as <u>Exhibit 1</u> of the accompanying memorandum.

In support of her request, Plaintiff asserts that the proposed Settlement is fair and reasonable and consistent with the provisions of Fed R. Civ. P. 23.  In further support of the motion, Plaintiff refers the Court to the memorandum of law submitted herewith.  A proposed form of Order is attached as <u>Exhibit 3</u> of the memorandum.

WHEREFORE, Plaintiff requests that the Court:

1. Grant this motion and enter the Order Approving Class Action Settlement attached as <u>Exhibit 3</u>;

2. Dismiss this case with prejudice; and

3. Grant any other relief the Court deems just.

Respectfully submitted,

DANIKA HARTWELL,
By her attorneys,


*/s/ Nicholas F. Ortiz*
Nicholas F. Ortiz (BBO# 655135)
Raven Moeslinger (BBO# 687956)
Stephanie C. Ozahowski (BBO# 699258)
Law Office of Nicholas F. Ortiz, P.C.
99 High Street, Suite 304
Boston, MA 02110
(617) 338-9400
nfo@mass-legal.com
rm@mass-legal.com
sco@mass-legal.com

Date: April 12, 2019

## RULE 7.1 CERTIFICATION

The undersigned certifies that he has conferred with counsel for the Defendant and Defendant assents to this motion.

*/s/ Nicholas F. Ortiz*

## CERTIFICATE OF SERVICE

I, Nicholas F. Ortiz, hereby certify that today I caused to be served the within on counsel for the Defendant via ECF service.

*/s/ Nicholas F. Ortiz*