UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIKA HARTWELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICREDIT FINANCIAL SERVICES, INC. d/b/a GM FINANCIAL,<br><br>Defendant. | NO. 1:18-CV-11895-DJC<br><br>**AFFIDAVIT OF ADMINISTRATOR** |

## AFFIDAVIT OF ADMINISTRATOR

I, Scott Simpson, being duly sworn, do hereby depose and state as follows:

1. I am one of the principals of Optime Administration, LLC ("Optime"), a firm that provides notice and claims administration services for class actions. Optime has experience in all areas of settlement administration, including providing notice to class members, processing claim forms, and distributing settlement proceeds to class members.

2. Optime is the Administrator in this case and has been responsible for carrying out the terms of the Settlement Agreement with respect to distributing and following up on undeliverable or returned notices. Following settlement approval, Optime will also be responsible for distributing the proceeds of the settlement fund to the class members.

3. I submit this affidavit to inform the parties and the Court about the settlement administration activities completed to date in this case.

4. Optime issued notice to 4,905 Settlement Class Members to their last-known mailing address by first-class mail on June 3, 2019. When notices have come back as undeliverable, Optime attempted to locate updated contact information for those individuals

1

using a people-finding database called Intelius.  When Optime has been able to locate updated contact information through that means, it has promptly sent the notice to the new address by first-class mail.

5. Of the 4,905 class members to whom Optime sent notice and who are eligible to participate in this settlement, 359 notices were returned, in which updated addresses were located and the notice packet was immediately resent. Optime also received 211 notices returned that updated addresses could not be found through public records.  To summarize, Optime successfully sent notice to 4,694 Settlement Class Member, or approximately 96 percent of the class.

6. Since the initial mailing, Optime has received 14 opt-out forms and no objections from Settlement Class Members.

Signed on August 21, 2019, under the pains and penalties of perjury.

_____
Scott Simpson
Optime Administration, LLC